**FILED**

SEP 25 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:14-CR-00169-001 LJO |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER FOR TRANSPORT TO DELANCEY STREET FOR AUSHAWNTE CHARMAINE SPENCER |
| ) | |
| vs. ) | |
| ) | |
| AUSHAWNTE CHARMAINE SPENCER ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that defendant Aushawnte Charmaine Spencer (Fresno County Sheriff's Booking No. 1434828; Person ID 1834379) shall be released to Catherine Hampton, Ms. Spencer's aunt, from the Fresno County Jail on September 26, 2014, at 4:00 pm. Catherine Hampton, will then transport Aushawnte Charmaine Spencer directly to the Delancey Street program located at 600 Embarcadero in San Francisco for intake interview. If accepted, Aushawnte Charmaine Spencer will stay at Delancey Street and abide by all rules of the program. If not accepted, Catherine Hampton will immediately and directly return Aushawnte Charmaine Spencer to the Fresno County Jail by no later than 4:00 pm on September 27, 2014.

Dated: Sept 25, 2014

_____
Honorable Lawrence J. O'Neill,
United States District Court Judge

-1-